# CASE ANNOUNCEMENTS

*March 26, 2014*

[Cite as *03/26/2014 Case Announcements*, 2014-Ohio-1182.]

# MERIT DECISIONS WITHOUT OPINIONS

**2014–0062. Rouse v. Joseph.**
In Mandamus. On motion to dismiss. Motion granted.
O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.